IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IVANA SANDERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00333-O-BP |
| | § | |
| FEDERAL EXPRESS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS IN PART** and **DENIES IN PART** Defendants' Motion to Dismiss (ECF No. 32). The Court **DISMISSES** Plaintiff's race discrimination claims and her state law claims for negligent retention, supervision, and gross negligence. The Court **DENIES** the Motion to Dismiss as to Plaintiff's claim for retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and § 21.055 of the Texas Commission on Human Rights Act.

**SO ORDERED** on this **24th day of March, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE