```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

| | |
|---|---|
| IVANA SANDERS | § |
| | § |
| VS. | §   ACTION NO. 4:24-CV-333-Y |
| | § |
| FEDERAL EXPRESS, ET AL. | § |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

This case, which is referred to United States Magistrate Judge Hal Ray, was recently transferred to the docket of United States District Judge Terry R. Means from the docket of Judge Reed O'Connor. In response, Judge Means has made an independent review of the following matters:

    1.   The pleadings and record;

    2.   Judge Ray's proposed findings, conclusions, and recommendation filed on September 19, 2025 (doc. 76);

    3.   Plaintiff's October 20 objections to Judge Ray's proposed findings, conclusions, and recommendation (doc. 79), including her late-filed flash-drive appendix (doc. 80); and

    4.   Defendants' November 3 response to Plaintiff's objections (doc. 81).

Plaintiff makes the same arguments in her objections that were addressed in great detail in the magistrate judge's findings. This Court, after de novo review, concludes that Judge Ray's decision should be, and it is hereby, ADOPTED as the decision of this Court. In particular, the Court concludes that Plaintiff has failed to present evidence demonstrating a genuine issue of fact as to whether her pre-promotion complaints to her employer constituted "protected activity" for purposes of her retaliation claims under Title VII of

the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a); 42 U.S.C. § 1981; and the Texas Commission on Human Rights Act, Tex. Lab. Code § 21.055.

As a result, Defendants' summary-judgment motion (doc. 57) is GRANTED, and Plaintiff's summary-judgment motion (doc. 51) is DENIED. A final judgment consistent with this order will issue this same day.

SIGNED December 2, 2025.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE